1

MICHAEL R. BERGER
Attorney at Law

2

California State Bar No. 65195

3

1611 Telegraph Avenue, Suite 1100
Oakland, California 94612

4

Telephone: 510/834-4511

5

Attorney for Defendant

6

Bobby Barfield

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

OAKLAND DIVISION

10

11

THE UNITED STATES OF AMERICA,

12

      Plaintiff,

13

       v.

No. CR 12-00495 SBA

14

BOBBY BARFIELD,

15

      Defendant.

16

_____/

17

18

**STIPULATION AND  ORDER**
**CONTINUING HEARING**

19

20

**STIPULATION:**

21

      The parties hereto through their respective counsel stipulate that the hearing

22

presently set for November 13, 2012 at 10:00 a.m., at which time the defendant will enter a

23

change of plea and be sentenced, may be continued to December 11, 2012 at 10:00 a.m. to

24

allow defense counsel adequate time to review and lodge any possible objections to the draft

25

presentence report, given his plans to be out of the country between September 15 and

26

October 28.   The parties further stipulate and agree that the time between July 13, 2012 and

27

December 11, 2012 should be excluded under the Speedy Trial Act, and specifically

28

pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed  plea

1   agreement to be entered into by the defendant and the attorney for the government, and to

2   U.S.C. § 3161(h)(7)(B)((iv), for effective preparation of counsel.

3   Dated: August 16, 2012

4

5

6                                              s/_____
                                                        MICHAEL R. BERGER
7                                                       Attorney for Defendant

8   Dated: August 16, 2012

9
                                                        MELINDA HAAG
10                                                      United States Attorney

11

12                                             by s/_____
                                                        JAMES C. MANN
13                                                      Assistant United States Attorney

14   **ORDER:**

15          The court having read and considered the foregoing stipulation, IT IS HEREBY

16   ORDERED that the hearing presently set for November 13, 2012 at 10:00 a.m. may be

17   continued to December 11, 2012 at 10:00 a.m.  It is further ordered that the time between

18   July 13, 2012 and December 11, 2012 be excluded under the Speedy Trial Act pursuant to

19   18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed  plea agreement to

20   be entered into by the defendant and the attorney for the government, and to U.S.C. §

21   3161(h)(7)(B)((iv), for effective preparation of counsel.

22

23    Dated: __8/21/12

24

25                                             _____
                                                     UNITED STATES DISTRICT JUDGE
26

27

28