FILED

NOV -6 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARFIELD,<br><br>    Defendant. | Case No. 12-cr-00495-JST-5 (KAW)<br><br>**ORDER FOR RELEASE FROM FEDERAL CUSTODY** |

    The defendant having appeared before the undersigned, and in accordance with the Court's order setting conditions of release and appearance,

    IT IS HEREBY ORDERED that the U.S. Marshal and/or representatives, release, by no later than 8:00pm on November 6, 2025, from federal custody the above-named defendant. The defendant is ordered to remain at his residence at all times except for medical appointments and meetings with probation every Monday between the hours of 9:00am and 4:00pm. If he is unable to make the appointments with probation for medical reasons, he shall call probation in advance and inform probation of his medication condition.

    This matter is set for a Status hearing on November 21, 2025, before the Honorable Jon. S. Tigar at 9:30am in Courtroom 6.

    IT IS SO ORDERED.

Dated: November 6, 2025

                                                                       KANDIS A. WESTMORE
                                                                       United States Magistrate Judge